1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Michael WINFIELD,

Plaintiff,

vs.

R. STRAUSS,

Defendant.

Case No.:  3:25-cv-2456-AGS-MMP

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

11

12

13

   In this civil-rights action, self-represented plaintiff Michael Winfield has neither paid the required filing fees nor moved to proceed without prepaying them. His case must therefore be dismissed.

14

15

16

17

18

19

20

   Parties instituting civil actions in United States district courts must pay $405 in filing fees. *See* 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023). But plaintiffs granted the right to proceed *in forma pauperis* need not pay those fees. *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Even if their cases are ultimately dismissed, plaintiffs like Winfield who are prisoners—even if granted IFP status—remain obligated to pay the filing fee in "increments." *See Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015); 28 US.C. § 1915(b)(1)–(2).

21

22

23

24

25

26

27

   Because Winfield has not paid any filing fees, nor received Court approval not to prepay them, his case is **DISMSSED** without prejudice, and the Clerk must close this case. If Winfield wishes to proceed, by **October 31, 2025**, he must either: (a) prepay the entire $405 civil filing and administrative fees in full; or (b) complete and file a motion to proceed IFP that includes a certified copy of his trust account statement for the six-month period preceding the filing of his complaint. *See* U.S.C. § 1915(a)(2); CivLR 3.2(b). The Clerk is directed to send, along with this order, a copy of this Court's approved form IFP motion.

28

   If Winfield pays the fees or files a motion to proceed IFP by the deadline, the Clerk

will reopen the case. If he has done neither by the deadline, the Clerk will issue a judgment of dismissal.

Dated:  September 22, 2025

_____
Hon. Andrew G. Schopler
United States District Judge

25-cv-2456-AGS-MMP